[No. 6147–7–III. Division Three. June 25, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
L. MURRAY, *Appellant*.

Appeal from a judgment of the Superior Court for
Franklin County, No. 4672, Richard G. Patrick, J., entered
October 18, 1983. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 6276–7–III. Division Three. June 25, 1985.]

THE JACKLIN SEED COMPANY, *Respondent*, v. EVERGREEN
HELICOPTERS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 82–2–01511–8, Michael E. Donohue, J.,
entered December 9, 1983. *Affirmed* by unpublished opin-
ion per Green, C.J., concurred in by McInturff and Thomp-
son, JJ.

[No. 7000–6–II. Division Two. June 25, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
E. HARRINGTON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Jef-
ferson County, No. C–1318, Gerald B. Chamberlin, J.,
entered March 24, 1983. *Affirmed* by unpublished opinion
per Alexander, J., concurred in by Worswick, C.J., and
Petrich, J.